# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SHAWN BURKE,

        Respondent

    v.

KRISTI TRUESDELL,

        Petitioner

: No. 106 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.